1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8 YASIR MEHMOOD,

9      Petitioner,                                    2:15-cv-01813-APG-GWF

10 vs.

                                                      **ORDER**
11 TRINITY SERVICES GROUP, INC.,
   *et al.*,
12
        Respondents.
13
   _____/
14

15

16      This action is a petition for writ of habeas corpus by Yasir Mehmood, who is apparently

17 incarcerated at the Nevada Southern Detention Center, in Pahrump, Nevada, awaiting a criminal trial

18 in the United States District Court for the Eastern District of California.

19      This is one of a series of habeas petitions filed by Mehmood in this court.  In this regard, the

20 court takes judicial notice of the proceedings in this court in the following habeas actions initiated

21 by Mehmood in this court:  Case No. 2:15-cv-01522-JAD-CWH, Case No. 2:15-cv-01594-

22 GMN-CWH, Case No. 2:15-cv-01739-GMN-CWH, Case No. 2:15-cv-01847-MMD-VCF, Case No.

23 2:15-cv-01849-JCM-CWH, and Case No. 2:15-cv-01881-GMN-CWF.  Mehmood has also filed at

24 least two civil rights actions in this court, including Case No. 2:15-cv-01369-RCJ-CWH, and Case

25 No. 2:15-cv-01818-GMN-GWF, and the court takes judicial notice of the proceedings in those

26 actions as well.

1  Mehmood has not paid the filing fee for this action, and he has not filed an application to

2  proceed *in forma pauperis*.

3  However, the court has examined Mehmood's petition for a writ of habeas corpus pursuant

4  to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and finds

5  that the petition is plainly frivolous; it obviously does not state a claim upon which habeas relief

6  could be granted by this court.  Therefore, the court will summarily dismiss this action.

7  As far as the court can tell, in his habeas petition in this case, Mehmood complains that he

8  does not receive an adequate diet appropriate to his Muslim religious faith.

9  Mehmood's claims are not cognizable in this habeas corpus action.  "[T]he essence of habeas

10  corpus is an attack by a person in custody upon the legality of that custody, and ... the traditional

11  function of the writ is to secure release from illegal custody."  *Preiser v. Rodriguez*, 411 U.S. 475,

12  484 (1973); *see also Heck v. Humphrey*, 512 U.S. 477, 481 (1984) ("[H]abeas corpus is the

13  exclusive remedy for a state prisoner who challenges the fact or duration of his confinement and

14  seeks immediate or speedier release...."); *Ramirez v. Galaza*, 334 F.3d 850, 859 (9th Cir.2003)

15  ("[H]abeas jurisdiction is absent, and a § 1983 action proper, where a successful challenge to a

16  prison condition will not necessarily shorten the prisoner's sentence."); *Badea v. Cox*, 931 F.2d 573,

17  574 (9th Cir.1991) ("Habeas corpus proceedings are the proper mechanism for a prisoner to

18  challenge the 'legality or duration' of confinement.  A civil rights action, in contrast, is the proper

19  method of challenging 'conditions of ... confinement.'" (citations omitted)).  Mehmood appears to

20  challenge the conditions of his confinement.  He must do so in a civil rights action.  His claims are

21  not cognizable in this habeas corpus action.

22  The court notes that in his complaint in Case No. 2:15-cv-01369-RCJ-CWH, one of the civil

23  rights actions that Mehmood has initiated in this court, Mehmood asserts claims that he does not

24  receive an adequate diet appropriate to his Muslim religious faith.

25  The court will summarily dismiss this action pursuant to Rule 4 of the Rules Governing

26  Section 2254 Cases in the United States District Courts.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this 13th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE